IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRAD TURNER

                     Plaintiff,                              ORDER

        v.                                         09-cv-379-bbc

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS;
HARLEY G. LAPPIN, Director Federal
Bureau of Prisons; MICHAL NALLEY,
Regional Director North Central Region,
Federal Bureau of Prisons; C. HOLINKA,
Warden, Federal Correctional Institution
Grand Marsh, Wisconsin; MR. CARR,
Health Service Administrator, Federal Bureau
of Prisons; PAC Russel, Physician Assistant-Certified
B.O.P.; DR. REED, Clinical Director, Federal
Bureau of Prisons; HANSON, Paramedic,
Federal Bureau of Prisons; MS. COLE, RN,
Federal Bureau of Prisons;

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Plaintiff Brad Turner, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, has submitted a proposed complaint.  He asks for leave to proceed in forma pauperis.  Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform

1

Act. This means that before this court may decide whether he can proceed with his complaint in forma pauperis, plaintiff will have to make an initial partial payment of the filing fee. From the trust fund account statement plaintiff has submitted, I calculate his initial partial payment to be $55.21. Also, he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. Plaintiff should show a copy of this order to prison officials to insure that they know that they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff is assessed $55.21 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $55.21 on or before July 9, 2009. If, by July 9, 2009, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is

directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 19th day of June, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

3